A99A2269. DUDLEY v. THE STATE.
(548 SE2d 414)

JOHNSON, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Dudley v. State*, 273 Ga. 466 (542 SE2d 99) (2001), our decision in *Dudley v. State*, 242 Ga. App. 53 (527 SE2d 912) (2000), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Phipps and Mikell, JJ., concur.*

DECIDED MARCH 20, 2001.

*Franklin H. Thornton*, for appellant.
Robert H. Dudley, *pro se.*
*Patrick J. McDonough, District Attorney, David N. Marple, Assistant District Attorney*, for appellee.